THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB BERGMAN, Appellant.

*People* v. *Bergman,* 176 App. Div. 318, appeal dismissed.
(Submitted March 19, 1917; decided March 27, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1916, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of grand larceny.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.